Order entered November 1, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01082-CR
No. 05-12-01083-CR

**JAMES CLAYTON MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-63792-K, F10-72129-K**

## ORDER

Appellant's October 29, 2012 motion for extension of time to file appellant's brief is

**GRANTED** to the extent the time to file appellant's brief is **EXTENDED** to **THIRTY DAYS**

from the date of this order.

LANA MYERS
JUSTICE